IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| CABRINI-GREEN LOCAL ADVISIORY COUNSEL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) No. 96 C 6949 <br> CHICAGO HOUSING AUTHORITY, et al., ) <br> ) <br> Defendants. ) | |

| | |
|---|---|
| DOROTHY GAUTREAUX, et al., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) No. 66 C 1459 <br> ) <br> CHICAGO HOUSING AUTHORITY, et al., ) Honorable Marvin E. Aspen <br> ) <br> Defendants. ) | |

### NOTICE OF FILING

PLEASE TAKE NOTICE that on this 9th day of June, 2011 the Defendant, The Chicago Housing Authority, a municipal corporation caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, a copy of said DEFENDANT'S RESPONSE TP PLAINTIFF'S THIRD MOTION TO COMPEL ENFORCEMENT OF THE CONSENT DECREE which is herewith served upon you.

CHICAGO HOUSING AUTHORITY

By: _/s/ Scott W. Ammarell_
Scott W. Ammarell
General Counsel

Scott W. Ammarell
General Counsel
Chicago Housing Authority
60 East Van Buren Street, 12th Floor
Chicago, IL 60605
(312) 913-7116 /jp