# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Dorothy Gautreaux, et al.

                    Plaintiff,

v.                                                    Case No.: 1:66–cv–01459
                                                      Honorable Marvin E. Aspen

George Romney, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 24, 2018:

        MINUTE entry before the Honorable Marvin E. Aspen:Joint motion to waive the restriction on housing CHA families with children in units above the third floor and amend the tenant selection and assignment plan [717] is granted. Enter Agreed Order. Motion is stricken from the Court's call of 7/26/2018.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.