

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DOROTHY GAUTREAUX, et al., ) | |
| ) | |
| Plaintiffs, ) | Case Number: 66 C 1459 |
| ) | |
| v. ) | |
| ) | Hon. Marvin E. Aspen |
| CHICAGO HOUSING AUTHORITY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING JOINT MOTION FOR
## PRELIMINARY APPROVAL OF CLASS SETTLEMENT

Plaintiffs, on behalf of themselves and the class they represent (the "Plaintiffs"), have entered into a Class Action Settlement Agreement (the "Settlement Agreement") with Defendant Chicago Housing Authority ("CHA") to settle the above-captioned suit (the "Action"). The Agreement provides for the resolution of all claims that were or could have been raised in the Action. This Preliminary Approval Order ("Order") will refer to the Plaintiffs and CHA as the "Parties" to the Agreement.

The Parties have filed a Motion for Preliminary Approval of the Proposed Settlement (the "Motion for Preliminary Approval"). Having reviewed the Agreement, the Motion for Preliminary Approval, and the pleadings and other papers on file in this Action, and having also considered the statements of counsel, the Court finds that the Motion for Preliminary Approval should be granted and that this Order should be entered. The Court hereby gives its preliminary approval to the settlement, orders that notice be sent to the Class, and schedules a Final Approval Hearing to determine whether the proposed settlement is fair, reasonable, and adequate.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The proposed Settlement Agreement is preliminarily approved, subject to the holding of a hearing on final approval of the settlement as provided by this Order.

2. A hearing shall be held at 11:00 a.m. on January 17, 2019, before this Court, for the purpose of determining whether the Court should enter an order of final approval of the proposed Settlement Agreement.

3. The Notice proposed by the Parties, attached as Exhibit B to the Motion for Preliminary Approval, is approved. Notice of the Settlement Agreement shall be mailed and/or hand-delivered to the mailing address of each tenant of CHA public housing, and shall be delivered electronically to each applicant on the CHA public housing site-based waitlist. Appropriate affidavits showing that the Notice has been given as provided shall be filed with the Court no later than the final approval hearing. On or before December 31, 2018, notice shall also be published on one day in the *Chicago Tribune* and in the *Chicago Sun-Times*, which are both newspapers with circulations throughout the Northern District of Illinois. The text of the Settlement Agreement shall be available on the CHA's website at www.cha.org and on Class Counsel's website at www.bpichicago.org.

4. The Court finds that the hearing notice as described above and in the parties' Joint Motion for Preliminary Approval constitutes the best notice practicable under the circumstances and constitutes due and sufficient notice of the fairness hearing and proposed Settlement to all persons affected by and/or entitled to participate in the Settlement.

5. If a Class Member wants to speak at the hearing, she or he must ask the Court for permission by filing a request with the Court requesting permission to speak at the settlement approval hearing in the case of *Gautreaux v. CHA*, 66-cv-1459. The Class Member must also mail

copies of the request to: (1) Alexander Polikoff and Julie Elena Brown, Class Counsel, Business & Professional People for the Public Interest, 25 E. Washington, Suite 1515, Chicago, IL 60602; (2) James L. Bebley, General Counsel, Chicago Housing Authority, 60 E. Van Buren, Chicago IL 60605; and (3) Thomas Edward Johnson, 36 South Wabash Street, Suite 1310, Chicago, IL 60603. The Class Member should state her or his position and the basis for that position in the request. The request for permission must be filed with the Court prior to 3:00 p.m. on January 15, 2019. The Court may, or may not, grant the request.

6. Any Class Member may file a written objection to the Settlement Agreement with the Court. The objection must state its substance, the nature of the objector's interest in the case and the name and address of the objector. Written objections must be filed with the Court by January 15, 2019. Copies of objections must also be mailed or delivered to counsel for the Parties at the addresses listed above.

Dated: December 21, 2018

_____
Hon. Marvin E. Aspen