IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DOROTHY GAUTREAUX, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case Number: 66 C 1459 |
| | ) | |
| v. | ) | |
| | ) | Hon. Marvin E. Aspen |
| CHICAGO HOUSING AUTHORITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**Agreed Objections to the Settlement Reached In Connection with *Gautreaux v. Chicago Housing Authority*, et al., 66-cv-1459 (N.D. Ill.)**

The Cabrini-Green Local Advisory Council ("LAC"), Intervenor-Plaintiff, and Carol Steele, LAC President and Class Member, by their attorneys, Richard M. Wheelock and LAF, hereby submit their objections to which counsel for Plaintiffs and the Chicago Housing Authority have agreed:

1. The Settlement Agreement does not include all the orders related to the Cabrini-Green public housing development.

2. It has been agreed by counsel for all the parties that the Order Of Final Approval Of Settlement Agreement should include the following language:

    The Orders specified below shall continue in effect and the Court retains jurisdiction to enforce said orders:

    The Cabrini Orders of September 12, 2000, September 16, 2015 (Agreed Order resolving outstanding litigation between the parties), September 16, 2015 (Minute Order granting agreed motion to approve modification of consent decree in Cabrini-Green LAC v. CHA, et al., 96 C 6949), and September 16, 2015, as amended on September 24, 2015, in their entirety (including without limitation the redevelopment and non-development matters addressed in such orders), even if the completion of the

redevelopment at and surrounding the former Cabrini-Green development post-dates the termination of the Settlement Agreement.

Respectfully submitted,

s/ Richard M. Wheelock
_____
Counsel for Intervenor-Plaintiff, Cabrini-Green Local Advisory Council, and Carol Steele, LAC President and Class Member

Richard M. Wheelock
LAF
120 S. LaSalle St., 9th floor
Chicago, IL 60603
312-347-8389