IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DOROTHY GAUTREAUX, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case Number: 66 C 1459 |
| | ) | |
| v. | ) | |
| | ) | Hon. Marvin E. Aspen |
| CHICAGO HOUSING AUTHORITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

To: Alexander L. Polikoff (via CSM/ECF)
Julie Elena Brown
Business & Professional People for the Public Interest
25 East Washington Street
Suite 1515
Chicago, IL 60602

James L Bebley (hand-delivery)
General Counsel
Chicago Housing Authority
60 E. Van Buren
Chicago, IL 60605

Thomas Edward Johnson (via CSM/ECF)
Johnson, Jones, Snelling & Gilbert
36 South Wabash Street
Suite 1310
Chicago, IL 60603

PLEASE TAKE NOTICE that on Tuesday, January 15, 2019, we electronically filed Agreed Objections to the Settlement Reached In Connection with *Gautreaux v. Chicago Housing Authority*, et al., 66-cv-1459 (N.D. Ill.) with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, a copy of which is hereby served upon you.

        Respectfully submitted,

        s/ Richard M. Wheelock
        _____
        Counsel for Intervenor-Plaintiff, Cabrini-Green Local Advisory Council, and Carol Steele, LAC President and Class Member

Richard M. Wheelock
LAF
120 S. LaSalle St., 9th floor
Chicago, IL 60603
312-347-8389

## **CERTIFICATE OF SERVICE**

    I, Richard M. Wheelock, an attorney, certify that on Tuesday, January 15, 2019, I caused copies of the foregoing Notice and above-described document to be served upon the above-referenced counsel via CSM/ECF and hand-delivery.

        s/ Richard M. Wheelock
        _____
        Counsel for Intervenor-Plaintiff, Cabrini-Green Local Advisory Council, and Carol Steele, LAC President and Class Member