[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

DOROTHY GAUTREAUX, et al.,  )
       Plaintiff,  )
       v.  )
CHICAGO HOUSING AUTHORITY, et al.,  )
       Defendant.  )

Case Number: 66 C 1459

Judge: Hon. Marvin E. Aspen

Magistrate Judge:

**FILED**
JAN 15 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

2019 JAN 15 PM 1:11

Settlement Agreement

— Addendum Request

please see attachments
1-6 pages

Mrs Michele L. Rodgers
Michele L. Rodgers

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

To: Clerk of the United States District Court Northern District of Illinois
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street
Chicago, IL 60604
    Hearing
    Room 2503
    11:00 am
    January 17, 2019

Request to the Settlement Approval in the case of Gautreaux v. Chicago Housing Authority, et al., 66-cv-1459

**Position:**
Settlement Approval Addendum

**Basis for the position:**
The representatives for Dorothy Gautreaux appreciate the efforts at striving to remedy discrimination in predominantly black neighborhoods. Looking forward, pursuant to case of *Gautreaux v. Chicago Housing Authority, et al*, 66-cv- 1459 "work remains to be done to achieve in full the ambitious goal of the *Plan for Transformation* and *Plan Forward*." "... that assist in the creation of sustainable neighborhoods." with respect to the Settlement Agreement: the estate of Dorothy Gautreaux, request that the Settlement Agreement be approved with inclusion of the estate of Dorothy Gautreaux as a member to the board of directors for the implementation to remedy the effects on the families caused by discrimination via administering work force and family counseling programs.

Sincerely    *[signature: M L Rodgers]*
Michele L. Jackson-Rodgers (granddaughter)
of Dorothy Gautreaux-Jackson (daughter)
of Dorothy Gautreaux (Plaintiff)

Dated: 01/15/2019

Copies mailed/ delivered to counsel for the Parties:

    Alexander L. Polikoff
    Julie Elena Brown
    Business & Professional People for the Public Interest
    25 East Washington Street

Suite 1515
Chicago IL 60602

James L Bebley
General Counsel
Chicago Housing Authority
60 E. Van Buren
Chicago, IL 60605

Thomas Edward Johnson
Johnson, Jones, Snelling & Gilbert
36 South Wabash Street
Suite 1310
Chicago, IL 60603

To: Clerk of the United States District Court Northern District of Illinois
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street
Chicago, IL 60604
    Hearing
    Room 2503
    11:00 am
    January 17, 2019

Request to the Settlement Approval in the case of Gautreaux v. Chicago Housing Authority, et al., 66-cv-1459

**Position:**
Speak at hearing for Settlement Approval Addendum

**Basis for the position:**
Three generations of the Gautreaux Family are elated to see progress being made toward Dorothy Gautreaux's dream of eradicating housing discrimination. She firmly believed in Dr. Martin Luther King's philosophy that "The arc of the moral universe is long, but it bends toward justice." We saw that bend with the landmark Supreme Court decision and that bend continues today with this settlement agreement between the Business and Professional People in Public Interest (BPI) and the Chicago Housing Authority (CHA).
We are grateful for the other plaintiffs, Alexander Polikiff, BPI and the American Civil Liberties Union for their unwavering commitment, dedication and conscientious efforts to hold the CHA accountable. Dorothy Gautreaux envisioned a better Chicago for all residents regardless of race and socioeconomic status. She knew that progress in Chicago could and would ultimately lend itself to process across the country and thus a more fair and just America.
We know there is still more work that must be done and want to be active participants in helping to ensure that the conditions agreed upon in the settlement are fully implemented. It is now our duty and call to carry the torch for our beloved Dorothy Gautreaux because the light shines bright and the reverberations of her activism will continue to positively impact the lives of many Americans.

Sincerely
Dorothy Gautreaux-Sisnett (granddaughter)
of Kevin Gautreaux (son)
of Dorothy Gautreaux (Plaintiff)

Dated: 01/15/2019

Copies mailed/ delivered to counsel for the Parties:

    Alexander L. Polikoff
    Julie Elena Brown
    Business & Professional People for the Public Interest
    25 East Washington Street
    Suite 1515
    Chicago IL 60602

    James L Bebley
    General Counsel
    Chicago Housing Authority
    60 E. Van Buren
    Chicago, IL 60605

    Thomas Edward Johnson
    Johnson, Jones, Snelling & Gilbert
    36 South Wabash Street
    Suite 1310
    Chicago, IL 60603

To: Clerk of the United States District Court Northern District of Illinois
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street
Chicago, IL 60604
    Hearing
    Room 2503
    11:00 am
    January 17, 2019

Request to the Settlement Approval in the case of Gautreaux v. Chicago Housing Authority, et al., 66-cv-1459

**Position:**
Speak at hearing for Settlement Approval Addendum

**Basis for the position:**
Good Morning/afternoon. My name is Renata Ellington and Dorothy Gautreaux is my grandmother. Several of members of my family are here as representatives of our mothers, our fathers, our aunts, and uncles...my grandmothers five children, Etas, Denise, Walter, Kevin, and Dorothy. I would like to take a minute to talk about our legacy, the Gautreaux legacy. We are a quiet family, we all possess a quiet strength that was instilled in us by our parents. We are a family that has been raised to speak through action. We have observed and followed this case in various ways throughout our lives. And as we have come into our own, our understanding and support for these efforts have taken root and become a part of who we are as human beings working throughout human services, education, public health, just to name a few. Our grandmother's legacy is one of activism, action, compassion, and the idea of doing what is right, just, and fair. We grew up knowing of our grandmother's efforts to desegregate the CHA and the impact this case has had on the lives of many Chicagoans and individuals throughout the United States. As we move toward a settlement and a path forward, we thought it important to publicly acknowledge the efforts our grandmother believed so deeply in and fought for. While she did not live to see the courts rule in her favor or to enjoy the role of grandmother, we know that she is proud of her legacy and the fruits of her labor. We want to be clear, there is still work to be done. However, we celebrate the accomplishments thus far, and are in support of proposed efforts described in the "Plan for Transformation". We are committed to seeing through the legacy our grandmother and others built.

I know I speak for my family when I say, we are beyond proud to be a part of the Gautreaux family and legacy!!! As I conclude, I want to say we are grateful for this opportunity and for all

those that have contributed to the success of this case. So today, we celebrate Dorothy Gautreaux, our grandmother and the thousands of Chicagoans who have benefitted from this case. Thank you.

Respectfully submitted,
Dr. Renáta D. Ellington (granddaughter)
of Denise Gautreaux-Ellington (daughter)
of Dorothy Gautreaux (Plaintiff)

Dated: 01/15/2019

Copies mailed/ delivered to counsel for the Parties:

> Alexander L. Polikoff
> Julie Elena Brown
> Business & Professional People for the Public Interest
> 25 East Washington Street
> Suite 1515
> Chicago IL 60602
>
> James L Bebley
> General Counsel
> Chicago Housing Authority
> 60 E. Van Buren
> Chicago, IL 60605
>
> Thomas Edward Johnson
> Johnson, Jones, Snelling & Gilbert
> 36 South Wabash Street
> Suite 1310
> Chicago, IL 60603