[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Gautreaux et al.,           )
   Plaintiff              )  Case Number: 66 C 1459
                          )
   v.                     )  Judge: Aspen
                          )
Chicago Housing Authority  )  Magistrate Judge:
et al)                     )
   Defendant              )

**FILED**
AUG 1 2 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

### Motion

Now comes Maisha Imani Hamilton, a member of the Plaintiff class, proceeding pro se, to move this court for permission to e-file in above captioned case.

The Plaintiff class includes African Americans who live in public housing. Movant is African American and lives in public housing, i.e. CHA Vivian Gordon Harsh Apartments 60653.

Inability to efile would cause a major inconvenience for Movant and the numerous other parties to the case

PO Box 4734
Chicago IL 60680     _Maisha Imani Hamilton_
proseme1@aol.com     Maisha Imani Hamilton
August 12, 2019

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]