Dorothy Gautreaux, et al.
                              Plaintiff,

v.                                                       Case No.: 1:66–cv–01459
                                                                 Honorable Marvin E. Aspen

Chicago Housing Authority, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 27, 2019:

      MINUTE entry before the Honorable Jorge L. Alonso: Motion hearing held. For the reasons stated on the record, Maisha Imani Hamilton's Emergency motions for emergency transfer from CHA public housing [832][833] are denied. Notice mailed by judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.