*Exhibit 1*

## ☑ Customer report of completed natural gas-related work

Customer name: __CHA__

Address: __4227 S. Oakenwald Unit 1108__

City: __Chicago__ ZIP: _____

Employee ID: __587__ Date: __7/16/19__

Meter #: __3014780__ Reading: _____

**Peoples Gas was at your home/business for:**

- ☑ Natural gas odor/leak investigation at: _____
  In response to a call from: _____
- ☐ Natural gas meter change
- ☐ Peoples Gas equipment repair
- ☐ Restored service
- ☐ Code-required survey (We conduct surveys/inspections of our equipment to ensure safe delivery of natural gas to our customers.)

**Peoples Gas action taken:**

- ☐ No inside leak(s) found
- ☐ No outside leak(s) found
- ☐ Repaired leak(s) on inside/outside Peoples Gas piping
- ☐ Installed temporary leak repair on inside/outside customer-owned piping (customer/property owner to make permanent repairs)
- ☐ Replaced meter
- ☐ Repaired/replaced meter set piping
- ☐ Repaired/replaced underground service lateral
- ☐ Restored service
- ☐ Excavated to repair Peoples Gas facilities
- ☐ Investigated high/low consumption
- ☐ Accessed meter to turn off service
- ☑ Other: __See Remarks__

**We inspected the appliances checked below for proper operation:**

| | N/A | OK | Relit | Caution |
|---|---|---|---|---|
| Heating unit | ☐ | ☐ | ☐ | ☐ |

Thermostat left at: _____ degrees

| | N/A | OK | Relit | Caution |
|---|---|---|---|---|
| Water heater | ☐ | ☐ | ☐ | ☐ |

Setting left at: _____

| | N/A | OK | Relit/Not OK | Caution |
|---|---|---|---|---|
| Range | ☐ | ☐ | ☐ Relit | ☑ Caution |
| Dryer | ☐ | ☐ | ☐ Relit | ☐ Caution |
| Fireplace | ☐ | ☐ | ☐ Relit | ☐ Caution |
| Fuel run/Flex connectors | ☐ | ☐ | ☐ Not OK | ☐ Caution |
| Other: _____ | ☐ | ☐ | ☐ Relit | ☐ Caution |

**Follow-up actions required by Peoples Gas**

- ☑ None (If you feel we did not satisfactorily complete our work, please call Peoples Gas at 866-556-6001.)
- ☐ Maintenance and repair work
- ☐ Site restoration work
- ☐ We will call you within two business days to schedule the follow-up work
- ☐ Other: _____

## ☑ Caution notice of potentially dangerous condition

**Notice of potentially dangerous condition:**

- ☑ Natural gas leakage
- ☐ Safety controls (see remarks)
- ☐ Plugged flue/chimney
- ☐ Inadequate combustion air
- ☐ Improper/no vent (see remarks)
- ☐ Improper ignition
- ☐ Overfiring
- ☐ Spillage (see remarks)
- ☐ Heat exchanger cracked
- ☐ Grill
- ☐ Auxilliary heater
- ☐ Other _____
- ☐ Natural gas supply shut off and locked at riser valve
- ☐ Natural gas supply shut off and sealed at customer valve
- ☑ Natural gas supply disconnected at potentially dangerous condition
- ☑ Equipment shut off – do not use until corrected
- ☑ Corrections to equipment are required

**If disconnection of gas supply has occurred, it has been for a safety issue and requires your prompt attention and correction of safety issue.**

Remarks: __Have contractor service unit, flexible connector is leaking. Also oven ignitor is weak. Rear right burner needs cleaning. Safety check operation.__

__Frigidaire__

**You, the customer, have been informed by Peoples Gas of the potentially dangerous condition(s) listed above. You understand the potentially dangerous condition(s) and you have been advised to make the appropriate correction(s).**

**For more information, call Peoples Gas at 866-556-6001.**

# PE☙PLES GAS®
## NATURAL GAS DELIVERY

140460