AFFIDAVIT OF PHYLLIS UNRUH
REGARDING HER OBSERVATIONS OF SEPTEMBER 18, 2019

Exhibit 2

I, the undersigned Affiant, having reached the age of majority and being of sound mind, do hereby represent that I am a qualified witness to what I saw and heard on September 18, 2019. Therefore, being a credible person and one who is prepared, under the penalty of perjury, to serve as a verbal witness to what she has heard and seen, I do hereby affirm and attest-- A) on the basis of my personal knowledge and contemporaneous experience at the time and place of occurrence, and B) to the best of my remembrance-- to the facticity of each and all of the following statements:

1. On September 18, 2019, I, Phyllis Unruh, along with my husband, Clayton Unruh, drove in our automobile from our home to Maisha Hamilton's home at Vivian Gordon Harsh Apartments, 4227 S. Oakenwald Avenue, Unit 1108, Chicago, IL 60653. We arrived at Maisha's home at approximately 11:00 a.m. and rang Maisha's doorbell, whereupon she buzzed us in. Clayton and I showed our photo IDs to the security guard and registered at the security desk just inside the front door of the building. Then Clayton and I took the elevator to the 11th floor, walked down the hall to Apartment 1108, and knocked on the door. Maisha unlocked the door from the inside, opened the door, and we walked into Maisha's apartment.

2. Approximately 10 to 20 minutes later, Maisha and I walked out of her apartment, # 1108. Clayton stayed inside the apartment. I saw Maisha lock the apartment door from the outside, and afterward Maisha and I took the elevator to the first floor, exited the building, and walked south on the building grounds for a few yards to the Farmers Market that was set up for limited hours that day to sell fruits and vegetables to the residents of Harsh apartments.

3. After about 10-20 minutes of shopping, Maisha and I returned to Maisha's apartment, Unit # 1108. When Maisha and I arrived at her apartment door, I saw Maisha take her key out of her bag and insert it into the lock, turn the key to unlock the door, push down on the handle to open the door, and the two of us entered Maisha's apartment. I saw that Clayton was still in the apartment and still sitting on the couch where he was sitting when we left the apartment approximately 20 minutes earlier.

4. After spending approximately 10-15 minutes inside the apartment, at approximately 11:50 a.m., Maisha, Clayton, and I walked out the door to the apartment into the hall. I watched Maisha put her key into the lock on the outside of the door, turn the key, and push down on the handle on the door to make sure that the door was locked. We walked to the elevator, took it down to the first floor, exited the building, and drove away in our automobile.

5. At approximately 5:30 p.m., Maisha, Clayton, and I returned together to the Harsh Apts. The three of us took the elevator together up to Maisha's apartment, # 1108. When we arrived at Maisha's door, I saw that her door was unlocked and standing ajar. I heard Maisha say that there was no sign of forced entry.

1

6. Maisha, Clayton, and I entered the apartment, and I saw Maisha look around the premises. I saw Clayton sit down on the couch. Maisha and I walked out the door, and I saw Maisha lock the apartment door from the outside. Maisha and I took the elevator to the first floor, walked to the office of Ms. Heard, the building manager, and sat down in the inner office in front of her. I heard Maisha recite some or all of the events stated above, including the fact that Maisha had locked the door when Maisha, Clayton, and I left Unit 1108 at approximately 11:50 a.m., but had found the door unlocked and ajar when we returned at approximately 5:30 p.m.

7. Maisha and I returned to apartment 1108, and I saw Maisha take her key and insert it into the lock, turn the key to unlock the door, push down on the handle to open the door, and the two of us entered Maisha's apartment. After a few minutes, Clayton and I walked out of Maisha's apartment, and I heard Maisha lock the door from the inside.

8. Nothing further says affiant.

*Phyllis Unruh*

Phyllis Unruh

As a duly-registered Notary Public and the undersigned officer, I hereby affirm that on this 24 day of September, 2019, there personally appeared before me a person by name of Phyllis Ann Unruh
(print name of affiant)
who is known to me as the same person who is mentioned in this instrument and who has acknowledged to have executed it. In witness thereof, I hereby set my hand and official seal.

*Alexander Rodriguez*
signature of notary

09-24-2019
date signed

OFFICIAL SEAL
ALEXANDER RODRIGUEZ
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires JUN.07, 2023

2