AFFIDAVIT OF CLAYTON UNRUH  Exhibit 3
REGARDING HIS OBSERVATIONS OF SEPTEMBER 18, 2019

I, the undersigned Affiant, having reached the age of majority and being of sound mind, do hereby represent that I am a qualified witness to what I saw and heard on September 18, 2019. Therefore, being a credible person and one who is prepared, under the penalty of perjury, to serve as a verbal witness to what he has heard and seen, I do hereby affirm and attest-- A) on the basis of my personal knowledge and contemporaneous experience at the time and place of occurrence, and B) to the best of my remembrance-- to the facticity of each and all of the following statements:

1. On September 18, 2019, I, Clayton Unruh, along with my wife, Phyllis Unruh, drove in our automobile from our home to Maisha Hamilton's home at Vivian Gordon Harsh Apartments, 4227 S. Oakenwald Avenue, Unit 1108, Chicago, IL 60653. We arrived at Maisha's home at approximately 11:00 a.m. and rang Maisha's doorbell, whereupon she buzzed us in. Phyllis and I showed our photo IDs to the security guard and registered at the security desk just inside the front door of the building. Then Phyllis and I took the elevator to the 11th floor, walked down the hall to Apartment 1108, and knocked on the door. Maisha unlocked the door from the inside, opened the door, and we walked into Maisha's apartment.

2. Approximately 10 to 20 minutes later, Maisha and Phyllis walked out of apartment # 1108, and I stayed inside the apartment. I heard Maisha lock the door with her key from the outside of the door.

3. After about 10 to 20 minutes, Maisha and Phyllis returned to the apartment, Unit # 1108. I heard Maisha unlock the door with her key from the outside of the door. I was still in the apartment and still sitting on the couch when they returned.

4. Approximately 10-15 minutes later, at approximately 11:50 a.m., Maisha, Phyllis, and I walked out the door to the apartment into the hall. I watched Maisha put her key into the lock on the outside of the door, turn the key, and push the handle on the door to make sure that the door was locked. We walked to the elevator and took it down to the first floor, exited the building, and drove away in our automobile.

5. At approximately 5:30 p.m., Maisha, Phyllis, and I returned together to Harsh Apts. The three of us took the elevator together up to Maisha's apartment, # 1108. When we arrived at Maisha's door, I saw that her door was unlocked and standing ajar. I heard Maisha say that there was no sign of forced entry.

6. I entered Unit 1108 and sat down on the couch. Maisha and Phyllis said that they were taking the elevator to the first floor to talk to the building manager about Maisha's door being ajar when we returned to Harsh Apts. a few minutes earlier. Approximately 20 minutes later, I heard Maisha unlock the door with her key from the outside of the door and enter her apartment. She asked me to go downstairs and give a statement to Ms. Heard, the building manager. I left Maisha in Unit 1108 and heard her lock the door immediately after I walked out. I went downstairs to Ms. Heard's office, and heard Ms. Heard tell me that she did not need a statement

1

from me. Afterward, I took the elevator back to the 11th floor to Unit 1108. Upon my arrival back in Unit 1108, I heard Maisha unlock the door from the inside. Maisha said that she was returning to Ms. Heard's office on the first floor, and I saw her walk out the door. Afterward, I heard Maisha lock the door with her key.

7. Nothing further says affiant.

*Clayton Unruh*
Clayton Unruh

STATE OF ILLINOIS    )
                     ) ss.
COUNTY OF Cook       )

As a duly-registered Notary Public and the undersigned officer, I hereby affirm that on this 24 day of September, 2019, there personally appeared before me a person by name of Clayton L. Unruh who is known to me as the same person who
(print name of affiant)
is mentioned in this instrument and who has acknowledged to have executed it. In witness thereof, I hereby set my hand and official seal.

*Alexander Rodriguez*
signature of notary

09-24-2019
date signed

OFFICIAL SEAL
ALEXANDER RODRIGUEZ
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires JUN.07, 2023