

# Customer report of completed natural gas-related work ☑

Customer name: Hamilton
Address: 4227 S. Oakenwald #1458
City: Chicago  ZIP: _____
Employee ID: 110122  Date: 8/5/20
Meter #: _____  Reading: _____

**Peoples Gas was at your home/business for:**
- ☑ Natural gas odor/leak investigation at: 4227 S. Oakenwald
  In response to a call from: Dispatch
- ☐ Natural gas meter change
- ☐ Peoples Gas equipment repair
- ☐ Restored service
- ☐ Code-required survey (We conduct surveys/inspections of our equipment to ensure safe delivery of natural gas to our customers.)

**Peoples Gas action taken:**
- ☐ No inside leak(s) found
- ☐ No outside leak(s) found
- ☐ Repaired leak(s) on inside/outside Peoples Gas piping
- ☐ Installed temporary leak repair on inside/outside customer-owned piping (customer/property owner to make permanent repairs)
- ☐ Replaced meter
- ☐ Repaired/replaced meter set piping
- ☐ Repaired/replaced underground service lateral
- ☐ Restored service
- ☐ Excavated to repair Peoples Gas facilities
- ☐ Investigated high/low consumption
- ☐ Accessed meter to turn off service
- ☐ Other: _____

**We inspected the appliances checked below for proper operation:**

| Appliance | N/A | OK | Relit | Caution |
|---|---|---|---|---|
| Heating unit | ☐ | ☐ | ☐ | ☐ |
| Thermostat left at: ___ degrees | | | | |
| Water heater | ☑ | ☐ | ☐ | ☐ |
| Setting left at: _____ | | | | |
| Range | ☐ | ☐ | ☐ | ☑ |
| Dryer | ☑ | ☐ | ☐ | ☐ |
| Fireplace | ☑ | ☐ | ☐ | ☐ |
| Fuel run/Flex connectors | ☐ | ☐ | ☐ Not OK | ☐ |
| Other: _____ | ☑ | ☐ | ☐ | ☐ |

**Follow-up actions required by Peoples Gas**
- ☐ None (If you feel we did not satisfactorily complete our work, please call Peoples Gas at 866-556-6001.)
- ☐ Maintenance and repair work
- ☐ Site restoration work
- ☐ We will call you within two business days to schedule the follow-up work
- ☐ Other: _____

# Caution notice of potentially dangerous condition ☑

**Notice of potentially dangerous condition:**
- ☐ Natural gas leakage
- ☐ Safety controls (see remarks)
- ☐ Plugged flue/chimney
- ☐ Inadequate combustion air
- ☐ Improper/no vent (see remarks)
- ☐ Improper ignition
- ☐ Overfiring
- ☐ Spillage (see remarks)
- ☐ Heat exchanger cracked
- ☐ Grill
- ☐ Auxilliary heater
- ☑ Other: Range
- ☐ Natural gas supply shut off and locked at riser valve
- ☐ Natural gas supply shut off and sealed at customer valve
- ☐ Natural gas supply disconnected at potentially dangerous condition
- ☐ Equipment shut off – do not use until corrected
- ☐ Corrections to equipment are required

If disconnection of gas supply has occurred, it has been for a safety issue and requires your prompt attention and correction of safety issue.

Remarks: Range passing in off position. Disconnected

You, the customer, have been informed by Peoples Gas of the potentially dangerous condition(s) listed above. You understand the potentially dangerous condition(s) and you have been advised to make the appropriate correction(s).

Former call 9/22/2019

For more information, call Peoples Gas at 866-556-6001.

Marta Hamell

**PEOPLES GAS**
NATURAL GAS DELIVERY

183461

Mat. # T1590249 PGL 716 02-16   White copy - Office   Yellow, Green copy - Customer   Orange card - Appliance