IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DOROTHY GAUTREAUX, ET AL, | ) | |
| MAISHA IMANI HAMILTON, on behalf of herself | ) | |
| and others who are similarly situated | ) | Case Number: 66 C 1459 |
| | ) | Consolidated w/ 66 C 1460 |
| Plaintiffs, | ) | |
| vs. | ) | |
| | ) | Hon. Marvin Aspen |
| UNITED STATES DEPARTMENT OF HOUSING | ) | |
| & URBAN DEVELOPMENT, CITY OF CHICAGO, | ) | Re: Emergency Motion |
| CHICAGO HOUSING AUTHORITY, CEO TRACY | ) | |
| SCOTT, COO JAMES BEBLEY, MICHAEL HARRIS, | ) | |
| THERESA DENT, DAVITA HEARD | ) | Room 1903 |
| Defendants. | ) | |

## NOTICE OF FILING

To: Chicago Housing Authority (present and former CHA staff) Defendants
By Atty. Cheryl Colston, CHA, 60 East Van Buren St., 12th Fl., Chicago, IL 60605

Please TAKE NOTICE that on August 20, 2019 at 10:30 a.m., or as soon thereafter as I may be heard via Telephone-Conference, I shall appear before the Honorable Jorge Aspen or any judge sitting in his stead in Courtroom 1903 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present the following motion attached hereto:

### HAMILTON'S MOTION FOR EMERGENCY TRANSFER TO SAFETY
### CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2020 , I provided service to the person or persons listed above by the following means: email to ccolston@ thecha.org, tscott@thecha.org jbebley@thecha.org, miharrismiharris@thecha.org, ~~tdent@chacontractor.org~~,

| | |
|---|---|
| Signature: /s/ Maisha Hamilton | Date: August 13, 2020 |
| Maisha Imani Hamilton | |
| .P.O.Box 4734 | Phone: 773-243-9619 |
| Chicago, IL 60680 | |