Dorothy Gautreaux, et al.
                      Plaintiff,

v.                                                   Case No.: 1:66–cv–01459
                                                  Honorable Marvin E. Aspen

George Romney, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 14, 2020:

      MINUTE entry before the Honorable Marvin E. Aspen: Any response to the motion to enforce judgment [840] is due by 9/14/2020. Telephonic status hearing is set for 10/8/2020 at 10:30 a.m. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.