IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DOROTHY GAUTREAUX, ET AL, ) <br> MAISHA IMANI HAMILTON, on behalf of herself ) <br> and others who are similarly situated ) <br> ) <br> Plaintiffs, ) <br> vs. ) <br> ) <br> U.S. DEP'T HOUSING & URBAN DEVELOPMENT, ) <br> CITY OF CHICAGO, CHICAGO HOUSING ) <br> AUTHORITY, CEO TRACY SCOTT, COO JAMES ) <br> BEBLEY, MICHAEL HARRIS, THERESA DENT, ) <br> DAVITA HEARD, PATRICIA COOPER ) <br> ) <br> Defendants. ) | Case Number: 66 C 1459 <br> Consolidated w/ 66 C 1460 <br><br><br> Hon. Marvin E. Aspen <br><br> Re: Emergency Motion <br><br><br> Room 2568 |

**ADDENDUM TO HAMILTON'S MOTION FOR EMERGENCY TRANSFER TO SAFETY FROM CHA STAFF-TENANT CONSPIRACY WITH UNNAMED OTHERS TO CAUSE HAMILTON TO BE FALSELY ARRESTED OR KILLED BY GAS STOVE LEAK AND PLEA FOR FBI TO INVESTIGATE THE MATTER**

NOW COMES Plaintiff, Maisha Imani Hamilton, Ph.D., proceeding pro se, to submit an addendum to the above-captioned Motion, which she filed August 13, 2020 as Document # 840. Plaintiff also filed Exhibit F as Document # 840-6, which depicts three views of the internet cable cord that Comcast installed at the direction of Plaintiff and cut off at the direction of Theresa Dent for the benefit of CHA and to harm Plaintiff.

1.  Plaintiff purchased Xfinity internet service from Comcast on approximately July 8, 2019. A few days later a Comcast Xfinity technician came to Plaintiff's home, Unit 1108 on the 11th floor at Vivian Gordon Harsh Apartments. The Comcast technician hooked up the WiFi equipment. However, to Plaintiff's surprise, instead of allowing Plaintiff to choose a username and password for her internet, the Comcast tech, over Plaintiff's objections, insisted on assigning a username and password to Plaintiff.

1

2. Afterward, the technician walked down the hall to the cable services closet, and hooked up Plaintiff's cable wires inside the closet, and then left the 11th floor.

3. Approximately 15 minutes after the technician left Plaintiff's unit, Plaintiff walked out into the hall on the 11th floor, and saw building manager, Theresa Dent, enter the hall on the eleventh floor from the stairwell with the technician, who had just left Plaintiff's unit, in tow.

4. Plaintiff returned to her apartment, unit 1108. Hours later when she walked down the hall on the 11th floor, Plaintiff saw that the cable cord that the technician had used to hook up her WiFi had been cut and was being used to prop open the cable closet door. Plaintiff saw that her cable was hooked up to Robert Leah's apartment, Unit 1110.

5. Leah assigned the user name, "LivingRoomTV.e017" to Plaintiff's WiFi account, and Leah and his guests and his teenage grandchildren take over Plaintiff's internet at will and bump Plaintiff off her own internet account, and put viruses on Plaintiff's legal pleadings that erase hours of her work from existence in seconds.

6. Plaintiff wishes to correct a misstatement in the last paragraph of Doc #840. Moving out of CHA, and out of Chicago, and into mixed finance, mixed income housing is mandatory instantly and not negotiable. CORRECTION: "If a one-bedroom unit in a mixed-finance, mixed income building is not instantly available, Plaintiff would accept a unit of any size over one-bedroom in a mixed-finance, mixed income building. CHA would pay all relocation expenses.   Respectively Submitted,

*/s/Maisha I. Hamilton*

Maisha I. Hamilton, Plaintiff

P.O. Box 4734, Chicago, IL 60680
Telephone: 773-243-9619,
Proseme1@aol.com