IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| DOROTHY GAUTREAUX, *et al.*, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | No. 66 C 1459 |
| CHICAGO HOUSING AUTHORITY, *et al.*, | ) ) ) | Hon. Marvin E. Aspen |
| Defendant. | ) ) ) | |

**AGREED ORDER**

This matter coming to be heard on the Joint Motion of Plaintiffs and Defendant Chicago Housing Authority ("CHA") for an Order Approving an Agreement of the Parties Respecting Payment of Plaintiffs' Attorneys' Fees, and, based on the submissions of the parties, the Court finding that the agreement of the parties is reasonable,

IT IS HEREBY ORDERED:

The Court approves the agreement of the parties respecting payment by CHA to Business and Professional People for the Public Interest of Plaintiffs' attorneys' fees in the amount of $307,500 for work performed during the period February 23, 2019, through December 31, 2020.

_____
Marvin E. Aspen, Judge

September 29, 2021