# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Dorothy Gautreaux, et al., Plaintiffs v. Chicago Housing Authority, et al., Defendant

Case Number: No. 66 C 1459

An appearance is hereby filed by the undersigned as attorney for:

Plaintiffs

Attorney name (type or print): Cara Hendrickson

Firm: BPI (Business and Professional People for the Public Interest)

Street address: 25 E Washington Street, Suite 1515

City/State/Zip: Chicago, IL 60602

Bar ID Number: 6275112
(See item 3 in instructions)

Telephone Number: 312-759-8250

Email Address: chendrickson@bpichicago.org

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ✔ No |
| Are you a member of the court's trial bar? | ✔ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ✔ Yes | ☐ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on December 16, 2021

Attorney signature: S/ Cara Hendrickson

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015