IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS, EASTERN DIVISION

DOROTHY GAUTREAUX, et al.,

    Plaintiffs,

v.

CHICAGO HOUSING AUTHORITY, et al.,

    Defendant.

No. 66 C 1459

Hon. Marvin E. Aspen

## NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFFS

Alexander Polikoff, one of the counsel for the Plaintiff *Gautreaux* class in this matter, hereby files this Notice of Substitution of Counsel pursuant to N.D.Ill. Local Rule 83.17. As support for this Notice of Substitution, Counsel further states:

1. Alexander Polikoff has been counsel for Plaintiffs in this matter for 54 years. Upon his retirement from BPI (Business and Professional People for the Public Interest), Mr. Polikoff hereby withdraws from representation of the Plaintiff class in this matter.

2. Cara Hendrickson, Illinois Bar No. 6275112, and a member of this Court's Trial Bar, is simultaneously filing an appearance on behalf of the Plaintiff class in this matter. Ms. Hendrickson and Mr. Polikoff are both attorneys at BPI.

3. Julie Elena Brown, another attorney at BPI and current counsel for Plaintiffs, will also continue to represent the Plaintiffs as counsel in this case.

4. Given the existence of a Settlement Agreement in this case, Defendant will not be prejudiced by Mr. Polikoff's withdrawal.

1

December 16, 2021

Respectfully Submitted,

By: /s/ Alexander Polikoff

Alexander Polikoff
One of the Attorneys for the *Gautreaux* Plaintiffs

Alexander Polikoff
Cara Hendrickson
Julie Elena Brown
Business and Professional People for the Public Interest
25 E. Washington Street, Suite 1515
Chicago, Illinois 60602
312-641-5570