# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF
# ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| DOROTHY GAUTREAUX, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 66 C 1459 |
| ) | |
| CHICAGO HOUSING AUTHORITY, *et al.*, ) | Hon. Marvin E. Aspen |
| ) | |
| Defendant. ) | |

## AGREED ORDER

This matter coming to be heard on the Joint Motion of Plaintiffs and Defendant Chicago Housing Authority ("CHA") for an Order Approving an Agreement of the Parties Respecting Payment of Plaintiffs' Attorneys' Fees, and, based on the submissions of the parties, the Court finding that the agreement of the parties is reasonable,

IT IS HEREBY ORDERED:

The Court approves the agreement of the parties respecting payment by CHA to Impact for Equity (formerly Business and Professional People for the Public Interest) of Plaintiffs' attorneys' fees in the amount of $268,000.00 for work performed during the period January 1, 2023, through July 31, 2024.

_____
Marvin E. Aspen, Judge

November 22, 2024